(JS-6)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SPEDALIERE,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC.;<br>PALM SPRINGS SUBARU; and<br>DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-00828-JGB-SP<br><br>Hon. Jesus G Bernal<br><br>**JUDGMENT** |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff JOSEPH SPEDALIERE ("Plaintiff") accepted SUBARU OF AMERICA, INC.'s Offer of Judgment Pursuant to <u>Fed. R. Civ. P. 68</u> on March 4, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $55,001.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: ___March 20, 2026___                    _____
                                              Hon. Jesus G Bernal
                                              UNITED STATES DISTRICT JUDGE

1

**JUDGMENT**