# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSEPH SPEDALIERE,

             Plaintiff,

      vs.

SUBARU OF AMERICA, INC.;
PALM SPRINGS SUBARU; and
DOES 1 through 10, inclusive,

             Defendants.

Case No. 5:23-cv-00828-JGB-SP

**ORDER GRANTING JOINT
STIPULATION FOR DISMISSAL
WITH PREJUDICE PER FEDERAL
RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii)**

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated:  May 15, 2026

_____
Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**